

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

December 31, 1957

Dr. James A. Turman
Executive Director
Texas Youth Council
Austin, Texas

Opinion No. WW-340

Re: Can the Comptroller approve
warrants covering the cost
of transportation for wards
of the Texas Youth Council
being released under super-
vision to points outside the
State of Texas, pursuant to
reciprocal agreements with
the receiving state to assume
supervision over such wards?
And related questions.

Dear Dr. Turman:

You have requested our opinion on whether the Comptrol-
ler can approve warrants issued to cover the cost of transporta-
tion of wards of the Texas Youth Council released under supervi-
sion to points in other states under an agreement with the
foreign state to assume parole supervision over said ward.

In Attorney General's Opinion WW-294, dated October
31, 1957, we discussed the general authority granted to the Texas
Youth Council under the laws of Texas to furnish transportation
to their wards to places outside the State of Texas and
determined that under this authority only those students under
parole supervision could be transported, and that said parole
supervision under the authority of the Texas statutes could not
extend beyond the Texas boundaries without giving extra
territorial affect to the laws of Texas.

Your present questions, however, raise additional
facts, namely, agreements by sister states to assume supervision
over the wards sent to them by the Texas Youth Council. It is
our opinion that where a reciprocal agreement has been entered
into with officers of sister states for the continued supervision
of wards of the Texas Youth Council who are sent to said sister
state, the problem of extra territorial affect of the Texas law
is removed and such situation creates an exception to the general
language in Attorney General's Opinion WW-294. Consequently,
transportation may be furnished wards to sister states pursuant
to an agreement by the sister state to assume supervision over
said ward for the Texas Youth Council.

You have asked us the further question as to the authority of the Texas Youth Council to pay for the transportation of escapees and parole violators back to the institution from which they escaped or were released.

Acts 55th Legislature, Regular Session, 1957, Chapter 281, page 667, reads, in part, as follows:

"Sec. 27. . . . The Youth Council may, at any time, until finally discharged by the Youth Council, resume the care and custody of any child released under parole supervision. (Emphasis ours)

" . . .

"Sec. 29. A boy or girl committed to the Youth Council as a delinquent child and placed by it in any institution or facility, who has escaped therefrom, or who has been released under supervision and broken the conditions thereof, may be arrested without a warrant by a sheriff, deputy sheriff, constable, police officer, or parole officer employed or designated by the Youth Council, and may be kept in custody in a suitable place and there detained until such boy or girl may be returned to the custody of the Youth Council."

It is our opinion that the above sections necessarily imply and show the intent of the Legislature that the Texas Youth Council has the authority to furnish transportation to return escapees and parole violators to the proper institution. Consequently, the Comptroller may approve warrants covering the cost of transportation for returning parole violators and escapees from institutions under the control of the Texas Youth Council.

## SUMMARY

The Comptroller may approve warrants covering the cost of transportation for students of the Texas Youth Council being released under supervision to other states pursuant to reciprocal agreements with such foreign state to assume parole supervision. The Comptroller may also approve

warrants covering the cost of transportation for returning parole violators and excapees from institutions under the control of the Texas Youth Council to the proper institution.

Very truly yours,

WILL WILSON
Attorney General of Texas

By     Galloway Calhoun, Jr.
Assistant

GC:mg:jl

APPROVED:

OPINION COMMITTEE

Geo. P. Blackburn, Chairman

J. C. Davis, Jr.

W. V. Geppert

Leonard Passmore

REVIEWED FOR THE ATTORNEY GENERAL
BY:
James N. Ludlum